UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ANDREA MARIA WILLIAMS            CIVIL ACTION NO. 3:08CV-833

VERSUS

STATE OF LOUISIANA, THROUGH
THE GOVERNOR'S OFFICE OF HOMELAND
SECURITY AND EMERGENCY PREPAREDNESS
**************************************************************

## ORDER

Upon consideration of the above and foregoing Motion For Extension of Time to Respond to Defendant's Motion For Summary Judgment and the record of these proceedings;

IT IS ORDERED that plaintiff be and is hereby permitted time to respond to Defendant's Motion for Summary Judgment until February 16, 2010.

Baton Rouge, Louisiana, this 26th day of January, 2010.

_____
JUDGE, U.S. DISTRICT COURT
James J. Brady